UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

OYETO-OLA BRICE KAYOSSI,

                          Plaintiff,

                -v-

GRACE K SHIPPING, LLC *et al.*,

                          Defendants.

---

25 Civ. 9652 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 18, 2025, *pro se* plaintiff Oyeto-Ola Brice Kayossi filed the Complaint in this case, asserting diversity of citizenship of the parties as the sole basis for federal jurisdiction. Dkt. 1 ¶ 4.  On April 13, 2026, the case was reassigned to this judge.  Construed liberally, the Complaint appears to have a potential jurisdictional defect.  Diversity jurisdiction under 28 U.S.C. § 1332 requires an amount in controversy of more than $75,000.  The Complaint, however, alleges that Kayossi incurred "a financial loss of approximately $13,585"—an amount significantly lower than required for diversity jurisdiction.  *Id.* at 2.

The Court thus grants Kayossi leave to amend the Complaint, under Federal Rule of Civil Procedure 15(a)(2), by **May 6, 2026**.  If Kayossi does not amend the Complaint by that date, or if any amended complaint also does not allege a sufficient basis for jurisdiction, the Court will dismiss the operative complaint, without prejudice to Kayossi's ability to file the action in a court of competent jurisdiction.

The Clerk of Court is respectfully directed to mail a copy of this Order to Kayossi at the address on file.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 15, 2026
New York, New York

2