UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

OYETO-OLA BRICE KAYOSSI,

                    Plaintiff,

        -v-                                                      CIVIL ACTION NO. 25 Civ. 9652 (PAE) (SLC)

                                                                **ORDER**

GRACE K SHIPPING, LLC, et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

This matter has been referred to the undersigned for general pretrial management including scheduling, discovery, non-dispositive pretrial motions, and settlement.  (Dkt. No. 12). On November 18, 2025, pro se Plaintiff Oyeto-Ola Brice Kayossi ("Kayossi") filed an application to proceed in forma pauperis ("IFP").  (Dkt. No. 11 (the "First IFP Application")).  On December 9, 2025, the Court granted the First IFP Application, authorizing Kayossi "leave to proceed in this Court without prepayment of fees[.]"  (Dkt. No. 5).  On May 4, 2026, Kayossi filed another request to proceed IFP.  (Dkt. No. 11 (the "Second IFP Application")).  Given that the Court already granted the First IFP Application, the Second IFP Application is **DENIED** as moot.

The Clerk of Court is respectfully directed to:

1.  Close Dkt. No. 11; and

2.  Mail a copy of this Order to Oyeto-Ola Brice Kayossi at 8002 Blondo Street Omaha, NE 68134.

SO ORDERED.

Dated:      New York, New York
            May 8, 2026

_____
SARAH L. CAVE
**United States Magistrate Judge**